## CHAMBERLIN v. REED et al.

WHERE an appeal, regularly taken, is dismissed for want of prosecution, the dismissal operates as an affirmance of the judgment below, and a second appeal cannot be allowed.

The only mode of avoiding the consequences of such dismissal is to move, during the term or before the *remittitur* has gone out, to vacate the order of dismissal and reinstate the cause.

APPEAL from the Seventh District.

COPE, J. delivered the opinion of the Court—FIELD, C. J. concurring.

Where an appeal regularly taken is dismissed for want of prosecution, the dismissal operates as an affirmance of the judgment, and a second appeal cannot be allowed.    The only mode of avoiding the consequences of such dismissal is to move, during the term or before the *remittitur* has gone out, to vacate the order and reinstate the cause. The appeal must be dismissed, and it is so ordered.

See *Karth* v. *Light* (15 Cal).